**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-42560 |
| MICHAEL AARON PRITCHARD & JOI LYNN PRITCHARD | § | |
| DEBTOR(S), | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TARRANT COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on  12th  day of  August  ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JESSE SCHODROF GARCIA
BRYEANS & GARCIA, PLLC
5001 S. COOPER ST., STE 209
ARLINGTON, TX 76017

TIM TRUMAN
6851 N.E. LOOP 820 SUITE 300
FORT WORTH, TX 76180

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@lgbs.com

By: */s/ Camille Stecker*
Camille Stecker
SBN: 24131688 TX