IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No: 24-42560-MXM |
| § | | |
| MICHAEL AARON PRITCHARD, xxx-xx-2551 § | | Chapter 13 |
| JOI LYNN PRITCHARD, xxx-xx-4662 § | | |
| 3926 WENTWORTTH DR § | | Court Hearing: Thursday, October |
| ARLINGTON, TX  76001 § | | 17, 2024 at 8:30 AM |
| § | | |
| Debtors | | |

# NOTICE OF
# DEADLINE FOR OBJECTION TO CONFIRMATION

**October 01, 2024** is the last day for filing Objection**s** to Confirmation of Debtors' Chapter 13 Plan filed on or about July 24, 2024.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102**.

## CONFIRMATION HEARING

If an Objection to Confirmation of  Debtors' Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, October 17, 2024** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX  76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before September 10, 2024.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

BRYEANS AND GARCIA PLLC, 5001 S COOPER ST #209, ARLINGTON, TX  76017
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

ACG EQUIPMENT,  14425 FALCON HEAD BLVD,  BLD E,  AUSTIN, TX  78738
ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711
BANK OF AMERICA,  100 N TRYON ST,  CHARLOTTE, NC  28255-0000
BANK OF AMERICA,  4909 SAVARESE CIR,  TAMPA, FL  33634-0000
BAYLOR ORTHOPEDIC & SPINE HOSPITAL,  707 HIGHLANDER BLVD,  ARLINGTON, TX  76015-0000
BAYLOR SURGICAL HOSPITAL,  400 W I 635,  IRVING, TX  75063-0000
BEST BUY CREDIT SERVICES,  PO BOX 78009,  PHOENIX, AZ  85062-0000
BILL ME LATER,  PO BOX 2394,  OMAHA, NE  68103-0000
CAPITAL ONE BANK,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000
CAPITAL ONE BANK USA NA,  PO BOX 71083,  CHARLOTTE, NC  28272
COMENITY BANK,  PO BOX 659728,  SAN ANTONIO, TX  78265-0000
CREDIT CONTROL,  5757 PHANTOM DR #130,  HAZELWOOD, MO  63042-0000
FAMILY HEALTHCARE,  PO BOX 735762,  DALLAS, TX  75373-0000
INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101
JAVITCH BLOCK LLC,  275 W CAMPBELL #312,  RICHARDSON, TX  75080-0000
JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 772813,  CHICAGO, IL  60677-0000
JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 7999,  ST CLOUD, MN  56302-0000
KERRY S CULPEPPER,  75 170 HUALALAI RD #B204,  KAILUA KONA, HI  96740
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  2777 N STEMMONS FWY #1000,  DALLAS, TX  75207-0000
LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000
LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603
MICHAEL AARON PRITCHARD,  JOI LYNN PRITCHARD,  3926 WENTWORTTH DR,  ARLINGTON, TX  76001-0000
MIDLAND CREDIT MGMT,  PO BOX 939069,  SAN DIEGO, CA  92193-0000
NEBRASKA FURNITURE MART,  5600 NEBRASKA FURNITURE MART DR DEPT 08444,  THE COLONY, TX  75056-0000
NTTA,  PO BOX 660244,  DALLAS, TX  75266-0000
PAYPAL,  PO BOX 960080,  ORLANDO, FL  32896
PINNACLE CREDIT SERVICES,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603-0000
PORTFOLIO RECOVERY,  120 CORPORATE BLVD,  NORFOLK, VA  23502
PORTFOLIO RECOVERY ASSOC,  PO BOX 41067,  NORFOLK, VA  23541-0000
PORTFOLIO RECOVERY ASSOCIATES,  PO BOX 12914,  NORFOLK, VA  23541-0000
SANTANDER CONSUMER USA,  PO BOX 560284,  DALLAS, TX  75356
SANTANDER CONSUMER USA,  PO BOX 961245,  FORT WORTH, TX  76161
SEARS,  PO BOX 6275,  SIOUX FALLS, SD  57117-0000
SHEFFIELD FINANCIAL,  PO BOX 1847,  WILSON, NC  27894
SYNCHRONY BANK,  PO BOX 71778,  PHILADELPHIA, PA  19176-0000
TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196
TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711
TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711
TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000
TRACTOR SUPPLY,  PO BOX 6403,  SIOUX FALLS, SD  57117-0000
TTCU,  PO BOX 477550,  TULSA, OK  74147
TYLER SOUTHWICK,  HYLAND LAW PLLC,  1818 LIBRARY ST STE 500,  RESTON, VA  20190
UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242
US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

Case No. 24-42560-MXM   MICHAEL AARON PRITCHARD & JOI LYNN PRITCHARD
Notice of Deadline for Objection to Confirmation and Confirmation Hearing   Page 3 of 3

**BY FIRST CLASS MAIL:**

WELLS FARGO,  PO BOX 9210,  DES MOINES, IA  50306-0000

WELLS FARGO BANK,  1 HOME CAMPUS MAC X2303 01A 3RD FL,  DES MOINES, IA  50328-0000

WELLS FARGO BANK,  PO BOX 169005,  IRVING, TX  75016-0000

WELLS FARGO BANK,  WELLS FARGO AUTO,  PO BOX 17900,  DENVER, CO  80217-0000

WELLS FARGO BANK NA,  PO BOX 10438,  MAC F8235-02F,  DES MOINES, IA  50306-0000