**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:

MICHAEL AARON PRITCHARD and JOI LYNN PRITCHARD　　　　Case No. 24-42560-MXM

DEBTOR(S),

**REPORT OF ( CONCLUDED) SECTION 341 MEETING**
**AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:**　　Meeting Date: September 11, 2024　　Time: 1:30 pm

　　　　　　　　　　　　　　Original Date: September 11, 2024

1. Debtor(s) Appeared?　D1: **YES**　　　　　　D2: **YES**
　　　　　　　　　　　　ID Checked: **YES**　　ID Checked: **YES**
　　　　　　　　　　　　SS Checked: **YES**　　SS Checked: **YES**

2. Debtor(s) attorney/paralegal appeared? **YES**　　Debtor(s) attorney\firm: **Jesse Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　*representing* **BRYEANS AND GARCIA PLLC**

3. Creditors Appeared: **Kerry Culpepper** *representing* **Animaccord Ltd**

4. **341 Meeting:** **CONCLUDED**

5. Payment Information:

　　Current monthly payment per Plan:　　**$875.00**　　First Payment due:　**8/23/2024**
　　$ rec'd as of 9/12/2024　　　　　　　**$875.00**　　Length of Plan:　　**60 months**
　　Base Amount per Plan:　　　　　　　**$52,500.00**

**Confirmation Issues:** **REFER TO LEGAL: YES**

The tests for Confirmation have/have not been met, as follows:

**N**　6. Disposable Income(monthly):　　**$240.46** x **60** ACP = Unsecured Pool per Trustee: **$14,427.60**

**N**　7. Base Amount is sufficient.　　　　　　　　　　UCP per Plan: **$0.00**

**Y**　8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**Y**　9. Best Interest:　Exemptions:　Federal: **NO**　　　　State: **Texas**

　　　Non-exempt Property Description and Equity in　**cash**
　　　each item:
　　　Total Equity in non-exempt prop. $ **1605.00**　　Total Non-Exempt Equity per Plan: **$1,605.00**

**Y**　11. Exemptions Proper:　　If no, explain:

**N**　12. Feasibility: Surplus per I & J: **$876.30**

　　　＿ Step　　＿ Balloon　　＿ Unemployed　　＿ Negative Surplus/　　＿ Projected Income　　Other: **Need proof of income**
　　　　　　　　　　　　　　　　　　　　　　　Insuff Surplus　　　　　　　　　　　　　　　　　　**and profit and loss for A**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**& J Graphics**

　　　Plan Payments:　Which Debtor　Start Date　　　Pmt Amt　　Frequency　# of Periods
　　　　　　　　　　　D1　　　　　08/23/2024　　$875.00　　　MO　　　　60

**Y**　13. Good Faith Petition and Plan:

　　　a. Plan Payment at least 90 % I minus J $ **$788.67**

　　　b. Plan **does not** contain non-standard language.

　　　c. Other:

**N/A**　14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**Y**　15. Debtor testified that previous 4 years tax returns have been
　　　filed with the IRS. If no, year(s) not filed:

　　　Year(s) not provided to Trustee's office:

**N**　16. Business Case Meeting Required?

<u>Y</u>    17.  Debtor Attorney Fees meet Guidelines.

By:    /s/ Dona Kitchen
           Dona Kitchen
           Presiding Officer

18.  <u>Legal Department Notes</u>:  Trustee recommends confirmation based on the above representations except:

Objection to be Filed?:  **YES**

Objection Type:  **DI - Disposable Income**
                  **FEAS - D1 Proof of Income**

By:  <u>Angela Allen</u>
      Attorney for Trustee / Trustee