IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 13 |
| MICHAEL AARON PRITCHARD, xxx-xx-2551 | § § § | Case No.: 24-42560-MXM |
| JOI LYNN PRITCHARD, xxx-xx-4662<br>3926 WENTWORTH DR.<br>ARLINGTON, TX 76001 | § § § § | **COURT HEARING: Thursday, Oct. 17, 2024 at 8:30 AM** |
| Debtor. | § § § § § | FILED<br>OCT 04 2024<br>CLERK, U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS |

## **OBJECTION TO CONFIRMATION BY KERRY S. CULPEPPER**

TO THE HONORABLE MARK X MULLIN, U.S. BANKRUPTCY JUDGE:

NOW COMES KERRY S. CULPEPPER ("Culpepper"), an unsecured creditor and party of interest appearing *pro se*, and pursuant to 11 U.S.C. §§ 1322(b)(4), 1322(b)(5), 1322(b)(8), 1322(b)(10), 1324(a), and 1325(a)(4), and Bankruptcy Rule 3015(f) files his Objection to Confirmation of Debtors' proposed Chapter 13 Plan ("Plan"), and in support thereof asserts as follows:

### **FACTUAL BACKGROUND**

1. Debtors' listed Culpepper as an unsecured creditor in Debtors' Petition with listed claim of zero dollars. *See* Doc. #1 at pg. 32.

2. Debtors state that A and J Graphics, LLC ("A&J") is a business that is part of the bankruptcy estate. *See* Doc. #1 at pg. 56.

1

3. Culpepper was lead counsel for Plaintiff/Judgment Creditor Animaccord Ltd. ("Animaccord") in the action *Animaccord LTD v. Individuals, P'ships & Unincorporated Ass'ns Identified on Schedule "A"*, Case No. 1:22-cv-868 (LMB/WEF) in the Eastern District of Virginia (The "EDVA Action") alleging liability against multiple Defendants including A&J for willful copyright infringement, willful Federal trademark infringement, Federal unfair competition, Federal dilution and trademark infringement under Virginia law of Animaccord's Masha and the Bear Marks and Copyrighted Works.

4. On June 9, 2023 (prior to the Debtors' petition date), the Eastern District of Virginia found that A&J's trademark and copyright infringements were willful and awarded a final default judgment against A&J in the amount of $25,000 in statutory damages, $1714.40 in attorneys' fees, and $149.83 in costs, with post-judgment interest at the official rate and permanently enjoined A&J from infringing Animaccord's Masha and the Bear Trademarks and Copyrighted Works. *See Animaccord LTD v. Individuals, P'ships & Unincorporated Ass'ns Identified on Schedule "A"*, No. 1:22-cv-868 (LMB/WEF), 2023 U.S. Dist. LEXIS 101050, at *8 (E.D. Va. June 9, 2023); Exhibit "1".

5. Debtors were served a copy of the default judgment in the EDVA Action.

2

6. Debtors have not appealed the default judgment in the EDVA Action or otherwise sought to have it overturned.

7. Debtors failed to include the amount of the monetary judgment in the EDVA Action in their petition.

8. Culpepper attended the meeting and creditors and exchanged informal discovery with debtors' counsel. Information obtained in informal discovery leads Culpepper to believe that A&J may have insurance coverage for the judgment in the EDVA Action. Namely, Debtor's profit and loss statement for A&J mentions payments for insurance. Culpepper has requested a copy of the insurance policy from debtor's counsel.

## OBJECTION TO PROPOSED PLAN

Culpepper objects to the confirmation of the Plan because it does not consider proceeds from an insurance claim or list the at least $1714.40 of the EDVA Action judgment that is fees due to Culpepper.

Culpepper objects to the confirmation of the plan because he (and Animaccord) would be entitled to the insurance proceeds under a Chapter 7 liquidation of Debtor's estate. Thus, the Plan provides Culpepper with less than he would be entitled to under a Chapter 7 liquidation.

Culpepper further object to the confirmation of the plan to the extent that it concludes that the EDVA Action judgment is dischargeable. As A&J's

3

infringements of Animaccords trademarks and copyrights were willful and malicious, the default judgment is nondischargeable under the provisions of 11 U.S.C. §523(a)(6).

## PRAYER

WHEREFORE, Culpepper prays that this Court deny confirmation of the Plan as proposed, and grant him such other and further relief as dictated by justice.

DATED: Kailua-Kona, Hawaii, Sept. 30, 2024.

*[signature]*

Kerry S. Culpepper
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
*Pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on Sept. 30, 2024, I caused a copy of the foregoing to be served upon the Parties in the attached serve matrix by first class mail.

/s/ Kerry S. Culpepper

Kerry S. Culpepper
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANIMACCORD LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22-cv-868 (LMB/WEF) |
| ) | |
| THE INDIVIDUALS, PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons stated in the accompanying Memorandum Opinion [Dkt. No. 118], plaintiff Animaccord Ltd.'s ("plaintiff") Motion for Default Judgment [Dkt. No. 102] is GRANTED IN PART as to defendant A and J Graphics LLC. Accordingly, it is hereby

ORDERED that judgment in the total amount of $26,864.23, consisting of $25,000 in statutory damages, $1,714.40 in attorneys' fees, and $149.83 in costs, with post-judgment interest at the official rate for federal judgments, be and is entered in favor of plaintiff Animaccord Ltd. against defendant A and J Graphics LLC; and it is further

ORDERED, ADJUDGED, AND DECREED that defendant A and J Graphics LLC, together with its officers, directors, employees, agents, subsidiaries, distributors, and all those in active concert or participation with it, is permanently enjoined from:

1. Manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the trademarks shown in Exhibits 1 to 4 of the

Amended Complaint ("Masha and the Bear Marks"), or any confusingly similar trademarks, other than those actually manufactured or distributed by plaintiff;

2. Using any reproduction, counterfeit, copy, or colorable imitation of the Masha and the Bear copyrighted works identified in Exhibit 5 of the Amended Complaint ("Copyrighted Works") in connection with the publicity, promotion, sale, or advertising of any goods;

3. Using the Masha and the Bear Marks, confusingly similar trademarks, or unauthorized copies of the Copyrighted Works on or in connection with all Internet based e-commerce stores owned and operated, or controlled by it, including the Internet based e-commerce stores operating under the Seller ID "AandJGraphicsLLC"; and it is further

ORDERED that Etsy shall upon receipt of notice of this Order transfer to plaintiff Animaccord Ltd. c/o counsel Kerry S. Culpepper at 75-170 Hualalai Rd, Suite B204, Kailua Kona, Hawaii 96740, any funds currently restrained in the accounts of A and J Graphics LLC pursuant to the Temporary Restraining Order entered on August 17, 2022 [Dkt. No. 11], for payment of this judgment only; and it is further

ORDERED that upon notice from the plaintiff Animaccord Ltd. that such funds have been transferred, all third party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms that have restrained A and J Graphics LLC's funds pursuant to the Temporary Restraining Order entered on August 17, 2022 shall unfreeze those accounts.

To appeal any aspect of this Order, defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order defendant wants to

appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives defendant's right to appeal this decision.

The Clerk is directed to enter judgment in favor of plaintiff against defendant A and J Graphics LLC pursuant to Fed. R. Civ. P. 55, forward copies of this Order and the accompanying Memorandum Opinion to counsel of record and defendant at the address listed below, and close this civil action.

A and J Graphics LLC
3926 Wentworth Dr.
Arlington, Texas 76001

Entered this 9th day of June, 2023.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

```
Label Matrix for local noticing          Bank Of America N.A.                    Tarrant County
0539-4                                   PO Box 31785                            Linebarger Goggan Blair & Sampson, LLP
Case 24-42560-mxm13                      Tampa, FL 33631-3785                    c/o Camille Stecker
Northern District of Texas                                                       2777 N. Stemmons Freeway
Ft. Worth                                                                        Suite 1000
Mon Sep 30 16:35:29 CDT 2024                                                     Dallas, TX 75207-2328

501 W. Tenth Street                      Wells Fargo Bank N.A., d/b/a Wells Fargo A   ACG Equipment
Fort Worth, TX 76102-3637                PO Box 169005                           14425 Falcon Head Blvd
                                         Irving, TX 75016-9005                   Bld E
                                                                                 Austin, TX 78738-4412


Bank of America                          Bank of America N.A.                    Bank of America, N.A.
Attn: Bankruptcy                         c/o McCarthy Holthus, LLP               PO Box 673033
4909 Savarese Circle                     1255 West 15th Street, Suite 1060       Dallas, TX 75267-3033
Tampa, FL 33634-2413                     Plano, TX 75075-4220


Barclaycard                              Baylor Scott & White                    Baylor Surgical Hospital
Card Services                            Orthopedic and Spine                    400 I-635
PO Box 60517                             707 Highlander Blvd                     Irving, TX 75063
City of Industry, CA 91716-0517          Arlington, TX 76015-4319


Best Buy Credit Services                 Bill Me Later                           Bk Of Amer
PO Box 78009                             P.O. Box 2394                           Attn: Bankruptcy
Phoenix, AZ 85062-8009                   Omaha, NE 68103-2394                    100 North Tryon St
                                                                                 Charlotte, NC 28255-0001


Bryeans and Garcia, PLLC                 Capital One                             Capital One N.A.
5001 S Cooper St, Ste 209                Attn: Bankruptcy                        by AIS InfoSource LP as agent
Arlington, TX 76017-5993                 PO Box 30285                            PO Box 71083
                                         Salt Lake City, UT 84130-0285           Charlotte, NC 28272-1083


Citibank                                 Comenity - Victoria's Secret            (p)CREDIT CONTROL LLC
P.O. Box 6500                            PO Box 659728                           ATTN CORRESPONDENCE
Sioux Falls, SD 57117-6500               San Antonio, TX 78265-9728              3300 RIDER TRAIL S
                                                                                 SUITE 500
                                                                                 EARTH CITY MO 63045-1338


Dallas County                            Family Healthcare Assoc                 Internal Revenue Service
Linebarger Goggan Blair & Sampson, LLP   PO Box 735762                           PO Box 7346
c/o Camille Stecker                      Dallas, TX 75373-5762                   Philadelphia, PA 19101-7346
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(p)JAVITCH BLOCK                         (p)JEFFERSON CAPITAL SYSTEMS LLC        Kerry S. Culpepper
1100 SUPERIOR AVENUE                     PO BOX 7999                             75-170 Hualalai Rd, Ste B204
19TH FLOOR                               SAINT CLOUD MN 56302-7999               Kailua-Kona, HI 96740-1737
CLEVELAND OH 44114-2521


LVNV Funding, LLC                        Lvnv Funding/Resurgent Capital          Midland Credit Management, Inc.
Resurgent Capital Services               Attn: Bankruptcy                        PO Box 2037
PO Box 10587                             PO Box 10497                            Warren, MI 48090-2037
Greenville, SC 29603-0587                Greenville, SC 29603-0497
```

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

NEBRASKA FURNITURE MART
5600 NEBRASKA FURNITURE MART DR
#08444
THE COLONY, TX 75056-5348

NTTA
PO Box 660244
Dallas, TX 75266-0244

Nebraska Furniture Mart
Attn: Collections
PO Box 2335
Omaha, NE 68103-2335

Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PayPal Credit
PO Box 960080
Orlando, FL 32896-0080

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer USA, Inc
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161-0244

Sears
PO Box 6275
Sioux Falls, SD 57117-6275

Sheffield Financial
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202-1078

Sheffield Financial, a division of Truist Ba
PO Box 1847
Wilson, NC 27894-1847

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Floor & Decor
Attn: Bankruptcy
PO Box 965060
Orlando FL 32896-5060

Synchrony Bank/Select Comfort
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Walmart
Po Box 965060
Orlando, FL 32896-5060

TTCU
Attn: Bankruptcy
P.O. Box 477550
Tulsa, OK 74147-7505

TTCU Federal Credit Union
PO Box 477550
Tulsa, OK 74147-7505

Tractor Supply Credit Card
PO Box 6403
Sioux Falls, SD 57117-6403

Tyler Southwick
Hyland Law PLLc
1818 Library St., Ste 500
Reston, VA 20190-6274

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607-5066

Jesse Schodrof Garcia
Bryeans & Garcia, PLLC
5001 S. Cooper Street
Ste 209
Arlington, TX 76017-5993

Joi Lynn Pritchard
3926 Wentwortth Drive
Arlington, TX 76001-5298

Michael Aaron Pritchard
3926 Wentwortth Drive
Arlington, TX 76001-5298

Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180-6608

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Control, LLC<br>5757 Phantom Dr, #130<br>Hazelwood, MO 63042 | Javitch Block LLC<br>275 W. Campbell, STe 312<br>Richardson, TX 75080 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St, Cloud, MN 56302-9617 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates<br>120 Corporate Blvd<br>Norfolk, VA 23502 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bank of America N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 | (d)Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Camille Stecker<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | (d)United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-0996 |

End of Label Matrix
Mailable recipients    60
Bypassed recipients    3
Total    63