Tom W. Sharp, ID #00791643
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)
Attorneys for Nebraska Furniture Mart, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| IN RE: ) | CASE NO. 24-42560 |
| ) | |
| MICHAEL A. PRITCHARD and ) | |
| JOI L. PRITCHARD ) | |
| Debtor(s) ) | |

## EXHIBIT AND WITNESS LIST

COMES NOW, Movant, NEBRASKA FURNITURE MART, INC. by and through its counsel of record, and files this, its Exhibit and Witness List in association with the hearing on its Objection to Confirmation as follows:

    A.    NEBRASKA FURNITURE MART, INC. may introduce the following exhibits at the hearing:

        R-1    Filed Proof of Claim 1-1 filed on July 30, 2024

        R-2    Revolving Charge Agreement

        Copies of all exhibits sent upon request.

    B.    In addition, NEBRASKA FURNITURE MART, INC. may call the following witnesses:

        1.    Ann Wilson, or authorized Nebraska Furniture Mart, Inc. representative

        2.    Michael A. Pritchard and Joi L. Pritchard

    C.    NEBRASKA FURNITURE MART, INC. reserves the right to amend or supplement this Exhibit and Witness List and to present other exhibits and witnesses at the hearing for purposes

of rebuttal.

                                            Respectfully submitted,

                                            BLALACK & WILLIAMS, P.C.
                                            Attorneys for Nebraska Furniture Mart, Inc.

BY:   /s/ Tom W. Sharp
           Tom W. Sharp, ID #00791643
           4851 LBJ Freeway, Suite 750
           Dallas, TX 75244
           214/630-1916; 214/630-1112 (fax)

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true copy of the foregoing document was served Jesse Schodrof Garcia, Bryeans & Garcia, PLLC, 5001 S. Cooper Street, Ste 209, Arlington, TX 76017email only to jesse@bglawtx.com on this 10th day of October, 2024.

                                            /s/ Tom W. Sharp
                                            Tom W. Sharp