OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NUMBER: 24-42560-MXM |
| MICHAEL AARON PRITCHARD & JOI LYNN PRITCHARD | § § § | CHAPTER 13 |
| | § § | JUDGE MARK X MULLIN |
| DEBTORS | § § § § § | COURT HEARING: Thursday, November 21, 2024 at 8:30 AM |

**MOTION TO DISMISS FOR FAILURE TO OBTAIN TIMELY CONFIRMATION
AND NOTICE OF COURT HEARING THEREON
(DELAY)**

Now comes Tim Truman, Standing Chapter 13 Trustee and files this motion pursuant to Section 1307 (c) of the Bankruptcy Code and Bankruptcy Rule 9014, and would respectfully show unto the Court as follows:

This case should be **DISMISSED** for the following cause:

1. Debtors have caused an unreasonable delay prejudicial to creditors per U.S.C. 1307 (c)(1).

2. The case was filed on July 24, 2024.

3. The Confirmation hearing has been continued one or more times.

4. Debtors' failure to obtain timely confirmation is prejudicial to creditors.

**WHEREFORE**, your Trustee prays that after notice and hearing, this Chapter 13 case be **DISMISSED**.

/s/ Tim Truman
_____

Tim Truman, Trustee/State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 498-1362 FAX

MICHAEL AARON PRITCHARD &
JOI LYNN PRITCHARD
3926 WENTWORTTH DR
ARLINGTON, TX 76001

Case No.: 24-42560-MXM     MICHAEL AARON PRITCHARD & JOI LYNN PRITCHARD

Page 2 of 2

**NOTICE OF COURT HEARING TO THE DEBTORS AND DEBTORS' ATTORNEY OF RECORD:**

You are hereby notified of the filing of the foregoing Trustee's Motion to Dismiss for Failure to Obtain Timely Confirmation and Notice of Court Hearing. If a written Response or Objection to the Trustee's Motion is filed with the Court piror to docket call, then this matter will be called at the <u>docket call to be held at **8:30 AM on 11/21/2024,** at **128 U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas**</u>, with the hearing on the matter immediately following the conclusion of the docket call.

**YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE. ALL PAYMENTS DUE PRIOR TO THE HEARING MUST BE PAID CURRENT BY THE HEARING IN ORDER FOR THE TRUSTEE TO WITHDRAW THIS MOTION TO DISMISS.**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's "Motion to Dismiss with Certificate of Service and Notice of Court Hearing Thereon" was served on the parties listed below in the manner listed below on or before October 18, 2024.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

**BY FIRST CLASS MAIL:**

MICHAEL AARON PRITCHARD, JOI LYNN PRITCHARD, 3926 WENTWORTTH DR, ARLINGTON, TX 76001-0000

**ELECTRONIC SERVICE:**

BRYEANS AND GARCIA PLLC, 5001 S COOPER ST #209, ARLINGTON, TX 76017
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX 75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242