IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No: 24-42560-MXM |
| § | | |
| MICHAEL AARON PRITCHARD, xxx-xx-2551 § | | Chapter 13 |
| JOI LYNN PRITCHARD, xxx-xx-4662 § | | |
| 3926 WENTWORTTH DR § | | Court Hearing: Thursday, January |
| ARLINGTON, TX  76001 § | | 16, 2025 at 8:30 AM |
| § | | |
| **Debtors** | | |

## AMENDED NOTICE OF
## DEADLINE FOR OBJECTION TO CONFIRMATION

**December 24, 2024** is the last day for filing Objection**s** to Confirmation of Debtors' Chapter 13 Plan filed on or about November 29, 2024.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102**.

## CONFIRMATION HEARING

If an Objection to Confirmation of  Debtors' Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, January 16, 2025** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX  76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before December 03, 2024.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

BRYEANS AND GARCIA PLLC, 5001 S COOPER ST #209, ARLINGTON, TX  76017
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

ACG EQUIPMENT,  Attn: Officer/President, 13785 N HWY 183 #125,  BLD E,  AUSTIN, TX  78750-0000

ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

BANK OF AMERICA,  Attn: Officer/President, PO BOX 15102,  WILMINGTON, DE  19886

BANK OF AMERICA,  Attn: Officer/President, PO BOX 31785,  TAMPA, FL  33631-0000

BANK OF AMERICA,  Attn: Officer/President, PO BOX 673033,  DALLAS, TX  75267-0000

BANK OF AMERICA NA,  Attn: Officer/President, PO BOX 660933,  DALLAS, TX  75266

BAYLOR ORTHOPEDIC & SPINE HOSPITAL,  Attn: Officer/President, 707 HIGHLANDER BLVD,  ARLINGTON, TX  76015-0000

BAYLOR SURGICAL HOSPITAL,  Attn: Officer/President, 400 W I 635,  IRVING, TX  75063-0000

BILL ME LATER,  Attn: Officer/President, PO BOX 2394,  OMAHA, NE  68103-0000

CAPITAL ONE BANK,  Attn: Officer/President, 4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

CAPITAL ONE BANK USA NA,  Attn: Officer/President, PO BOX 71083,  CHARLOTTE, NC  28272

CREDIT CONTROL,  Attn: Officer/President, 5757 PHANTOM DR #130,  HAZELWOOD, MO  63042-0000

FAMILY HEALTHCARE,  Attn: Officer/President, PO BOX 735762,  DALLAS, TX  75373-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

JAVITCH BLOCK LLC,  Attn: Officer/President, 275 W CAMPBELL #312,  RICHARDSON, TX  75080-0000

JEFFERSON CAPITAL SYSTEMS LLC,  Attn: Officer/President, PO BOX 772813,  CHICAGO, IL  60677-0000

JEFFERSON CAPITAL SYSTEMS LLC,  Attn: Officer/President, PO BOX 7999,  ST CLOUD, MN  56302-0000

KERRY S CULPEPPER,  Attn: Officer/President, 75 170 HUALALAI RD #B204,  KAILUA KONA, HI  96740

LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  Attn: Officer/President, 3500 MAPLE AVE #800,  DALLAS, TX  75219-0000

LINEBARGER GOGGAN BLAIR ET AL,  Attn: Officer/President, 100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000

LVNV FUNDING LLC,  Attn: Officer/President, RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

MICHAEL AARON PRITCHARD,  JOI LYNN PRITCHARD,  3926 WENTWORTTH DR,  ARLINGTON, TX  76001-0000

MIDLAND CREDIT MANAGEMENT,  Attn: Officer/President, PO BOX 2037,  WARREN, MI  48090-0000

NEBRASKA FURNITURE MART,  Attn: Officer/President, 5600 NEBRASKA FURNITURE MART DR DEPT 08444,  THE COLONY, TX  75056-0000

NTTA,  Attn: Officer/President, PO BOX 660244,  DALLAS, TX  75266-0000

PINNACLE CREDIT SERVICES,  Attn: Officer/President, RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603-0000

PORTFOLIO RECOVERY,  Attn: Officer/President, 120 CORPORATE BLVD,  NORFOLK, VA  23502

PORTFOLIO RECOVERY ASSOC,  Attn: Officer/President, PO BOX 41067,  NORFOLK, VA  23541-0000

PORTFOLIO RECOVERY ASSOCIATES,  Attn: Officer/President, PO BOX 12914,  NORFOLK, VA  23541-0000

**BY FIRST CLASS MAIL:**

SANTANDER CONSUMER USA,  Attn: Officer/President, PO BOX 560284,  DALLAS, TX  75356

SANTANDER CONSUMER USA,  Attn: Officer/President, PO BOX 961245,  FORT WORTH, TX  76161

SEARS,  Attn: Officer/President, PO BOX 6275,  SIOUX FALLS, SD  57117-0000

SHEFFIELD FINANCIAL,  Attn: Officer/President, PO BOX 1847,  WILSON, NC  27894

SYNCHRONY BANK,  Attn: Officer/President, PO BOX 71778,  PHILADELPHIA, PA  19176-0000

SYNCHRONY BANK,  Attn: Officer/President, AIS INFOSOURCE,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

SYNCHRONY BANK,  Attn: Officer/President, AIS INFOSOURCE,  PO BOX 4457,  HOUSTON, TX  77210-0000

TARRANT COUNTY TAX COLLECTOR,  Attn: Officer/President, DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

TEXAS ALCOHOLIC BEVERAGE COMM,  Attn: Officer/President, LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  Attn: Officer/President, TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000

TRACTOR SUPPLY,  Attn: Officer/President, PO BOX 6403,  SIOUX FALLS, SD  57117-0000

TTCU,  Attn: Officer/President, PO BOX 477550,  TULSA, OK  74147

TYLER SOUTHWICK,  Attn: Officer/President, HYLAND LAW PLLC,  1818 LIBRARY ST STE 500,  RESTON, VA  20190

UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242

US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

WELLS FARGO,  Attn: Officer/President, PO BOX 9210,  DES MOINES, IA  50306-0000

WELLS FARGO BANK,  Attn: Officer/President, WELLS FARGO AUTO,  PO BOX 17900,  DENVER, CO  80217-0000

WELLS FARGO BANK,  Attn: Officer/President, PO BOX 169005,  IRVING, TX  75016-0000

WELLS FARGO BANK NA,  Attn: Officer/President, PO BOX 10438,  MAC F8235-02F,  DES MOINES, IA  50306-0000