**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 24-42560-MXM |
| | § | Chapter 13 |
| MICHAEL AARON PRITCHARD | § | Hearing Date: January 16, 2025  8:30 am |
| JOI LYNN PRITCHARD | § | |
| | § | |
| | § | |
| **Debtors** | § | |

### TRUSTEE'S NOTICE OF CONTINUANCE

**NOTICE IS HEREBY GIVEN** that the "MOTION TO DISMISS FOR FAILURE TO CONFIRM" matter has been continued from December 19, 2024  8:30 am to a court hearing on **January 16, 2025  8:30 am** to be held **at the United States Bankruptcy Court, 501 W. 10th Street, Room 128, Fort Worth, TX  76102, or by WebEx at: https://us-courts.webex.com/meet/Mullin,  Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties entitled to electronic notice by the Bankruptcy Clerk and/or on the parties listed below in the manner listed below on or before December 20, 2024.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No.  20258000
Angela Allen
State Bar No.  007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**BY FIRST CLASS MAIL:**
MICHAEL AARON PRITCHARD,  JOI LYNN PRITCHARD,  3926 WENTWORTTH DR,  ARLINGTON, TX  76001-0000
**ELECTRONIC SERVICE:**
BRYEANS AND GARCIA PLLC, 5001 S COOPER ST #209, ARLINGTON, TX  76017
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242