**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 24-42560-MXM** |
| | § | |
| **MICHAEL AARON PRITCHARD** | § | |
| **JOI LYNN PRITCHARD** | § | **Court Hearing:** |
| | § | **Thursday, March 20, 2025  at 8:30 AM** |
| **DEBTORS** | § | |
| | § | |

## NOTICE OF OBJECTION TO CLAIM FILED ON BEHALF OF
## PINNACLE CREDIT SERVICES
### (Court Claim No. 5)

Tim Truman, the Standing Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If  you do not want the court to eliminate or change your claim, then on or before March 13, 2025, you or your lawyer must:

1.  File with the court a written response to the objection, explaining your position, at: ELDON B. MAHON, U.S. COURTHOUSE, 501 W. 10TH ST., RM. 147, FORT WORTH, TX 76102-3643.

2.  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above;

3.  You must also send a copy to: Tim Truman, Standing Chapter 13 Trustee, Attention: Staff Attorney, at: 6851 N.E. Loop 820, Suite 300, North Richland Hills, TX  76180-6608 and any other party entitled to notice under the Federal Rules of Bankruptcy Procedure.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Respectfully submitted,

By:  /s/ Angela D. Allen

Tim Truman, Standing Chapter 13 Trustee, Bar # 20258000
Angela Allen, Staff Attorney, Bar # 007869700
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | | |
| | § | **Case No: 24-42560-MXM** |
| **MICHAEL AARON PRITCHARD** | § | |
| **JOI LYNN PRITCHARD** | § | **Court Hearing:** |
| | § | **Thursday, March 20, 2025 at 8:30 AM** |
| **DEBTORS** | § | |
| | § | |

---

**TRUSTEE'S  OBJECTION TO PROOF OF CLAIM FILED ON BEHALF OF**
**PINNACLE CREDIT SERVICES**
**(Court Claim No. 5)**

---

**TO THE HONORABLE MARK X MULLIN, U.S. BANKRUPTCY JUDGE:**

Comes now **Tim Truman, Standing Chapter 13 Trustee, Movant** herein, and pursuant to Bankruptcy Rule

3007 files this his "Trustee's Objection to Proof of Claim Filed on Behalf of PINNACLE CREDIT SERVICES"

("CREDITOR")  (Court Claim # 5), and would respectfully show the Court as follows:

1.  The Trustee files this Objection pursuant to 11 U.S.C. §502(b)(1) and Bankruptcy Rules 3002 and 3007,

and pursuant to Texas Civil Practice and Remedies Code §16.004(3).

2.  Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on or about July 24, 2024.

Debtors' Chapter 13 Plan has been confirmed.

3.  CREDITOR filed a Proof of Claim # 5, ("the claim") on or about 07/31/2024 relating to account number

ending in 6304, in the amount of $7,979.23.

4.  Pursuant to the supporting documents attached to Claim, CREDITOR is assignee of ORIGINAL

CLAIMANT Citi Bank.

5.   On information and belief, under Texas Civil Practice & Remedies Code Ann.  §16.004(1)(3), the debt

asserted by CREDITOR is barred by the statute of limitations.

24-42560-MXM                                    MICHAEL AARON PRITCHARD & JOI LYNN PRITCHARD

Notice of Objection to Claim and  Trustee's Objection to Proof of Claim                          Page 3 of 4

6. Pursuant to 11 U.S.C.  §502(b)(1), the claim should be disallowed in its entirety because it is

unenforceable against the Debtors.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that the Court  **DISALLOW**  Claim No. 5

of CREDITOR, and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

By:   /s/ Angela D. Allen

Tim Truman, Bar # 20258000
Standing Chapter 13 Trustee
Angela Allen, Bar # 007869700
Staff Attorney
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

## NOTICE OF HEARING

Any opposition to the Trustee's Objection to Claim not resolved will be heard by the Court on **March 20,**

**2025** at **8:30 AM** in Court Room 128, 501 West Tenth Street, Fort Worth, TX or by WebEx at

**https://us-courts.webex.com/meet/Mullin,  Meeting ID: 2310 650 8783 (for Telephone Dial-In**

**1-650-479-3207).**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **"Trustee's Objection to Proof  of  Claim Filed**

**on Behalf of  PINNACLE CREDIT SERVICES"** was served on the parties listed below in the manner listed

below on or before February 11, 2025:

**BY FIRST CLASS MAIL:**
MICHAEL AARON PRITCHARD,  JOI LYNN PRITCHARD,  3926 WENTWORTTH DR,  ARLINGTON, TX  76001-0000
PINNACLE CREDIT SERVICES, ATTN: OFFICER/PRESIDENT; RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603
**ELECTRONIC SERVICE:**
BRYEANS AND GARCIA PLLC, 5001 S COOPER ST #209, ARLINGTON, TX  76017
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Angela D. Allen

Tim Truman, Angela Allen